FILED
CLERK, U.S. DISTRICT COURT
11/4/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: BOM DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2026 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR ALEXANDER MUNOZ,<br><br>Defendant. | No. 2:26-cr-00726- RGK<br><br><u>I N D I C T M E N T</u><br><br>[18 U.S.C. § 1015(a): False Statement Under Oath on Naturalization Application] |

The Grand Jury charges:

<u>COUNT 1</u>

[18 U.S.C. § 1015(a)]

On or about March 22, 2026, in Los Angeles County, within the Central District of California, defendant OMAR ALEXANDER MUNOZ, did knowingly make false statements under oath in a matter relating to naturalization and citizenship on Form N-400, Application for Naturalization, in that he declared under penalty of perjury that he had never claimed to be a United States citizen in any way, and that he never registered to vote in any Federal, state, or local election in the United States, which he then and there knew was false, in

that, in truth and in fact, on September 5, 2019, he registered to vote in the State of California falsely declaring under oath that he was a United States citizen; on November 5, 2024, he voted in the general election; on November 8, 2022, he voted in the general election; on June 7, 2022, he voted in the statewide direct primary election; and on November 3, 2020, he voted in the general election; all in violation of Title 18, United States Code, Section 1015(a).

A TRUE BILL

/S/
Foreperson

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

*Michael G. Wheat*

MINJAE KIM
MICHAEL G. WHEAT
Assistant United States Attorneys
Orange County Office